# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Holmes, III, Paul K. | U.S. District Court, Western District of Arkansas | 5/1/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| District Judge-Active | ☐ Nomination ☐ Initial ☑ Annual ☐ Final    Date    5b. ☐ Amended Report | 01/01/2019 **to** 12/31/2019 |

**7. Chambers or Office Address**

30 South 6th Street
Fort Smith, Arkansas 72901

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Director | PKH Properties, LLC |
| 2. | Director | BECH Oil & Gas Company |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Holmes, III, Paul K. | 5/1/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Holmes, III, Paul K. | 5/1/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Holmes, III, Paul K. | 5/1/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. ARCB Common | A | Dividend | L | T | | | | | |
| 2. CHS Common | A | Dividend | | | Sold | 12/31/19 | J | | |
| 3. CI Common | A | Dividend | K | T | | | | | |
| 4. COP Common | C | Dividend | L | T | | | | | |
| 5. DXC Common | A | Dividend | J | T | | | | | |
| 6. EOG Common | A | Dividend | L | T | | | | | |
| 7. FDX Common | A | Dividend | M | T | | | | | |
| 8. GE Common | B | Dividend | K | T | | | | | |
| 9. HD Common | C | Dividend | O | T | | | | | |
| 10. HPQ Common | B | Dividend | L | T | | | | | |
| 11. HPE Common | A | Dividend | L | T | | | | | |
| 12. IBKC Common | B | Dividend | L | T | | | | | |
| 13. INTC Common | A | Dividend | K | T | | | | | |
| 14. JBHT Common | A | Dividend | M | T | | | | | |
| 15. JNJ Common | B | Dividend | M | T | | | | | |
| 16. JPM Common | A | Dividend | M | T | | | | | |
| 17. MSFT Common | C | Dividend | O | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Holmes, III, Paul K. | 5/1/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. MUR Common | B | Dividend | J | T | | | | | |
| 19. MUSA Common | | None | J | T | | | | | |
| 20. NUE Common | C | Dividend | M | T | | | | | |
| 21. PFE Common | D | Dividend | N | T | | | | | |
| 22. PSX Common | A | Dividend | L | T | | | | | |
| 23. RF Common | A | Dividend | J | T | | | | | |
| 24. SLB Common | B | Dividend | M | T | | | | | |
| 25. SO Common | C | Dividend | M | T | | | | | |
| 26. T Common | A | Dividend | J | T | | | | | |
| 27. WMMVY Common | A | Dividend | K | T | | | | | |
| 28. WMT Common | D | Dividend | O | T | | | | | |
| 29. VFH Index Fund | A | Dividend | K | T | | | | | |
| 30. Vanguard Total Stock Index Fund | C | Dividend | N | T | | | | | |
| 31. Vanguard Extended Market Index Fund | B | Dividend | N | T | | | | | |
| 32. Vanguard Growth Index Fund | C | Dividend | N | T | | | | | |
| 33. Vanguard Capital Opportunity Fund | D | Dividend | O | T | | | | | |
| 34. Vanguard Developed Markets Index Fund | D | Dividend | N | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Holmes, III, Paul K. | 5/1/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. | Vanguard Inter-Term Inv. Grade Fund | A | Dividend | M | T | | | | | |
| 36. | Vanguard Inflation-Protect Sec. | B | Dividend | M | T | | | | | |
| 37. | Vanguard Inter-Term Tax Exempt Inv. | B | Interest | M | T | | | | | |
| 38. | Vanguard Inter-Bond Index Fund | C | Dividend | L | T | | | | | |
| 39. | Fidelity Int. Muni Income Fund | D | Interest | N | T | | | | | |
| 40. | MFS Investors Trust-A Fund | B | Dividend | N | T | | | | | |
| 41. | T.Rowe Price Growth Stock Fund | A | Dividend | L | T | | | | | |
| 42. | T.Rowe Price Personal Strategy Growth Fund | B | Dividend | K | T | | | | | |
| 43. | T.Rowe Price New Horizons Fund | B | Dividend | L | T | | | | | |
| 44. | T.Rowe Price International Stock Fund | B | Dividend | M | T | | | | | |
| 45. | First National Bank of Fort Smith Accounts | A | Interest | J | T | | | | | |
| 46. | Schwab Cash Reserves | A | Interest | M | T | | | | | |
| 47. | T.Rowe Price Tax-Exempt Money Mkt. Fund | A | Interest | J | T | | | | | |
| 48. | Vanguard Tax-Exempt Money Mkt. Fund | A | Interest | N | T | | | | | |
| 49. | Vanguard Prime Money Mkt. Fund | A | Interest | M | T | | | | | |
| 50. | Fidelity Municipal Money Mkt. Fund | A | Interest | L | T | | | | | |
| 51. | PKH Properties, LLC | | None | J | W | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Holmes, III, Paul K. | 5/1/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. BECH Oil & Gas Company | D | Distribution | J | W | | | | | |
| 53. HSA Bank Money Mkt. Fund | A | Interest | J | T | | | | | |
| 54. TD Ameritrade Money Mkt. Fund (HSA) | A | Interest | J | T | | | | | |
| 55. TD Ameritrade SPY Index Fund (HSA) | A | Dividend | K | T | | | | | |
| 56. T.Rowe Price- Rollover IRA Acct.(H) | | | | | | | | | |
| 57. -POMIX | C | Dividend | | | Sold | 11/19/19 | M | | |
| 58. -PRGIX | E | Dividend | | | Sold | 11/19/19 | M | | |
| 59. -TRMCX | D | Dividend | | | Sold | 11/19/19 | M | | |
| 60. -PRTIX | C | Dividend | | | Sold | 11/19/19 | M | | |
| 61. -PRTXX | A | Dividend | | | Sold | 11/19/19 | L | | |
| 62. -TRRCX | D | Dividend | | | Sold | 11/19/19 | N | | |
| 63. -RPSIX | D | Dividend | | | Sold | 11/19/19 | M | | |
| 64. -NUE Common | C | Dividend | | | Sold | 11/19/19 | M | | |
| 65. -CVX Common | C | Dividend | | | Sold | 11/19/19 | L | | |
| 66. -VIMSX | D | Dividend | | | Sold | 11/19/19 | N | | |
| 67. -FIGRX | D | Dividend | | | Sold | 11/19/19 | N | | |
| 68. T.Rowe Price- Ind. 401K(H) | | | | | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Holmes, III, Paul K. | 5/1/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -TRRHX | B | Dividend | | | Sold | 11/19/19 | L | | |
| 70. Vanguard Ind. Roth IRA(H) | | | | | | | | | |
| 71. -VSMAX (See Part VIII) | A | Dividend | J | T | | | | | |
| 72. -VSMAX (See Part VIII) | A | Dividend | J | T | | | | | |
| 73. Lincoln National Whole Life | | None | K | T | | | | | |
| 74. Union Central Whole Life | A | Dividend | J | T | | | | | |
| 75. Transamerica Whole Life | A | Dividend | J | T | | | | | |
| 76. T.Rowe Price Equity Income Fund | C | Dividend | M | T | | | | | |
| 77. T.Rowe Price Extended Equity Market Index Fund | C | Dividend | M | T | | | | | |
| 78. T.Rowe Price Health Sciences Fund | C | Dividend | M | T | | | | | |
| 79. T.Rowe Price New Horizons Fund | C | Dividend | M | T | | | | | |
| 80. T.Rowe Price Science & Technology Fund | B | Dividend | M | T | | | | | |
| 81. T.Rowe Price GNMA Fund | A | Dividend | L | T | | | | | |
| 82. T.Rowe Price New Income Fund | A | Dividend | M | T | | | | | |
| 83. T.Rowe Price Tax-Free High Yield Fund | A | Dividend | L | T | | | | | |
| 84. T.Rowe PriceTax-Free Income Fund | A | Dividend | K | T | | | | | |
| 85. T.Rowe Price Tax-Free Short Term Intermediate Fund | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Holmes, III, Paul K. | 5/1/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. T.Rowe Price Government Money Fund | A | Dividend | J | T | | | | | |
| 87. American Century International Growth Fund | A | Dividend | L | T | | | | | |
| 88. Vanguard 500 Index Fund | A | Dividend | L | T | | | | | |
| 89. Vanguard Wellsley Income Fund | A | Dividend | K | T | | | | | |
| 90. T.Rowe Price Equity 500 Index Fund | B | Distribution | K | T | | | | | |
| 91. AEP Common | A | Dividend | L | T | | | | | |
| 92. BAC Common | A | Dividend | J | T | | | | | |
| 93. FCX Common | A | Dividend | J | T | | | | | |
| 94. MRK Common | A | Dividend | J | T | | | | | |
| 95. PNC Common | A | Dividend | K | T | | | | | |
| 96. PSA Common | B | Dividend | K | T | | | | | |
| 97. SPGI Common | B | Dividend | M | T | | | | | |
| 98. SPY Index Fund | B | Dividend | L | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1. Line 71 NAESX symbol changed to VSMAX- same asset.
2. Line 72 NAESX symbol changed to VSMAX- same asset.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ Paul K. Holmes, III**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544